JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMR MOHSEN, an individual, | CV 13-7358 MWF (ASx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MORGAN STANLEY & CO. INC.; JOHN WELKER, an individual; CARRIE HELMET, an individual, | |
| Defendants. | |

Plaintiff Amr Mohsen initiated this action on September 8, 2011, against Defendants Morgan Stanley & Co. Inc., John Welker, and Dean Witter.  (Docket No. 1).  In the operative First Amended Complaint, Plaintiff brought claims against Defendants Morgan Stanley & Co. Inc., John Welker, and Carrie Helmet as follows: First and Second Claims for Relief (violations of Racketeer Influenced and Corrupt Organizations Act ("RICO")), Third and Fourth Claims for Relief (breach of contract and covenant of good faith and fair dealing and conspiracy to breach of contract and covenant of good faith and fair dealing), Fifth Claim for Relief (conspiracy to commit fraud), Sixth Claim for Relief (conspiracy to breach of fiduciary duty and trust), Seventh Claim for Relief (accounting), Eighth Claim for Relief (declaratory relief), and Ninth Claim for Relief (unjust enrichment).  (Docket No. 104).

In an Order dated March 24, 2016 ("March 24 Order"), the Court dismissed Plaintiff's RICO claims without leave to amend for failure to cure previously identified deficiencies in the Court's Order dated October 2, 2015.  (Docket Nos. 97, 116).  In the March 24 Order, the Court dismissed Plaintiff's remaining state law claims for lack of subject-matter jurisdiction.  (Docket No. 116).

Now, therefore, pursuant to Rule 54 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

*As to the First and Second Claims for Relief*, judgment is entered in favor of Defendants, and Plaintiff shall take nothing by his First Amended Complaint.

*The Third through Ninth Claims for Relief* are dismissed for lack of subject-matter jurisdiction, and judgment is entered in favor of Defendants accordingly.

*Costs of suit* are awarded to Defendants according to proof, pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure and Local Rule 54-2.

SO ORDERED this 25th day of April, 2016.

MICHAEL W. FITZGERALD
United States District Judge